# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBIN L. OBER, | : | |
| on behalf of herself and others | : | |
| similarly situated, | : | |
| Plaintiffs | : | Case No. 8:15-3306-JFM |
| v. | : | |
| | : | |
| SENTRYLINK, LLC, | : | |
| | : | CLASS ACTION |
| Defendant | : | |

## NOTICE OF SETTLEMENT

Plaintiff Robin L. Ober, by counsel, hereby services notice that the above captioned matter has been settled. The parties will proceed to document a settlement agreement and expect to file a Stipulation of Dismissal within thirty (30) days that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed with prejudice as to the Plaintiff, and without prejudice as to members of the putative class, with each party to bear their own costs incurred within.

DATE: March 21, 2016                BY:  /s/ David A. Searles
                                    James A. Francis (*pro hac vice*)
                                    John Soumilas (*pro hac vice*)
                                    David A. Searles (*pro hac vice*)
                                    FRANCIS & MAILMAN, PC
                                    100 S. Broad Street, Suite 1902
                                    Philadelphia, PA 19110
                                    Tel. (215) 735-8600

                                    Martin E. Wolf (09425)
                                    GORDON, WOLF & CARNEY, CHTD.
                                    102 W. Pennsylvania Avenue, Suite 402
                                    Towson, MD 21204
                                    Tel. (410) 825-2300

                                    *Attorneys for Plaintiff Robin L. Ober*